USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/17/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

AMARI ROLLE,

               Defendant.

24-cr-672 (MKV)

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Court held an arraignment hearing and status conference on December 16, 2024 at 2:30 PM. As discussed at the Conference:

IT IS HEREBY ORDERED that all outstanding discovery shall be produced on or before December 31, 2024.

IT IS FURTHER ORDERED that any contemplated motions are due on or before February 14, 2025. Any oppositions to those motions are due on or before February 24, 2025. Any replies are due on or before February 28, 2025.

IT IS FURTHER ORDERED that the parties shall submit a joint status letter on the docket one week prior to the status conference scheduled for March 19, 2025 at 11:00 AM.

**SO ORDERED.**

**Date: December 17, 2024**
**New York, NY**

                                            **MARY KAY VYSKOCIL**
                                            **United States District Judge**