

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

26 Federal Plaza
38th Floor
New York, New York 10278

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/10/2025
```

March 10, 2025

**BY ECF & EMAIL**

The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Amari Rolle*
             **24 Cr. 672 (MKV)**

Dear Judge Vyskocil:

    The parties write jointly to seek an adjournment of the status conference scheduled for March 19, 2025 at 11:00 AM. This conference was scheduled on December 17, 2024, before the defendant pled guilty to the Indictment on February 25, 2025, and is no longer needed in light of the upcoming *Fatico* hearing and sentencing in this matter.

    Thank you for your consideration of this matter.

Respectfully submitted,

Matthew Podolsky
United States Attorney

By: _____
Benjamin A. Gianforti
Assistant United States Attorneys
(212) 637-2490

CC: Amy Gallicchio, Esq.

**Granted. SO ORDERED.**

Date: 3/10/2025
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge