USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/19/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

AMARI ROLLE,

Defendant.

24 Cr. 672 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

Upon the Amended Violation Report of U.S. Probation Officer Leah Gomez, and following the conference held on August 18, 2026, it is hereby ORDERED that the defendant's conditions of supervised release are modified to include the condition of home detention. The defendant shall be restricted to his residence at all times, except for employment or employment-related activities; education; religious services; medical, substance-use disorder, or mental-health treatment; attorney visits; Court appearances; Court-ordered obligations; or other activities pre-approved by the defendant's supervising Probation Officer.

IT IS FURTHER ORDERED that the form of location monitoring technology used to monitor the restrictions on the defendant's movement in the community shall be Global Positioning Satellite ("GPS").

IT IS FURTHER ORDERED that the defendant must abide by all technology requirements and must pay all or part of the costs of participation in the location monitoring program as directed by the Court and U.S. Probation Office.

**SO ORDERED.**

**Date:** 8/19/2026
**New York, NY**

Mary Kay Vyskocil

**MARY KAY VYSKOCIL**
**United States District Judge**