USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/28/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

AMARI ROLLE,

Defendant.

24-cr-672 (MKV)

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of the Government's October 19, 2026 status letter, filed with defense counsel's consent, which pertains to a proceeding scheduled for tomorrow, October 29, regarding an Amended Violation Report from the Probation Department dated August 17 detailing Defendant's alleged violations of supervised release ("VOSR"). *See* [ECF No. 56]. The Government advises that because of state prosecutions related to alleged conduct underlying some of the VOSR Specifications, "the parties do not expect to reach a resolution or request a hearing date at this time," and the parties "will request a status conference in approximately 60 days." *Id.*

The Court has also received a status report from the Probation Department dated October 26, 2026, detailing Defendant's alleged ongoing failure to abide by his home detention condition of supervised release, which was imposed by this Court on August 19, 2026. *See* [ECF No. 55].

Accordingly, it is HEREBY ORDERED that the interim hearing previously scheduled for October 29, 2026 is ADJOURNED.

It is FURTHER ORDERED that a control date in this case will be set for December 28, 2026.

It is FURTHER ORDERED that on or before December 21, 2026, the parties shall file a joint letter on the docket regarding the status of the VOSR proceedings, which shall address, at a minimum: the status of the related state court proceedings; which Specifications, if any, the

Government intends to pursue; whether Defendant intends to admit to any Specifications; and any other matters pertinent to this case.

**The Defendant is reminded that he must follow all orders of this Court, including the condition of home detention: "The defendant shall be restricted to his residence at all times, except for employment or employment-related activities; education; religious services; medical, substance-use disorder, or mental-health treatment; attorney visits; Court appearances; Court-ordered obligations; or other activities pre-approved by the defendant's supervising Probation Officer." [ECF No. 55]. Any further noncompliance with the terms of supervised release, including home detention, may result in Defendant's remand to the custody of the United States while the VOSR proceeding remains pending.**

**SO ORDERED.**

**Date: October 28, 2026**
**New York, NY**

Mary Kay Vyskocil
MARY KAY VYSKOCIL
United States District Judge